UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

              v.                    Case No. 08-mc-11-PB

<u>Dennis L. Kehoe</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 19, 2008, no objection having been filed.

    SO ORDERED.

June 10, 2008                      /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

cc:    Seth R. Aframe, Esq.
       Dennis L. Kehoe, pro se